UNITED STATES of America,
Plaintiff–Appellee,

v.

Glenn Steven SCOTT, Defendant–Appellant.

No. 14–35807.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 26, 2016.

Lori Anne Harper Suek, Assistant U.S., Office of the U.S. Attorney, Billings, MT, Plaintiff–Appellee.

Glenn Steven Scott, Big Spring, TX, pro se.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Federal prisoner Glenn Steven Scott appeals pro se from the district court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. We have jurisdiction under 28 U.S.C. § 2253. We review de novo the district court's denial of a section 2255 motion, *see United States v. Aguirre-Ganceda*, 592 F.3d 1043, 1045 (9th Cir.2010), and we vacate and remand.

Scott contends that his counsel rendered ineffective assistance by failing to follow his instructions to file a notice of appeal. The government concedes, and we agree, that the district court erred when it declined to hold an evidentiary hearing on the issue. *See United States v. Sandoval-Lopez*, 409 F.3d 1193, 1198 (9th Cir.2005) (stating that an evidentiary hearing is required when a defendant alleges that his attorney refused to file a notice of appeal when ordered to do so). We therefore remand to the district court for an evidentiary hearing to determine whether Scott instructed his attorney to file a notice of appeal. *See id.* Alternatively, if the government does not object, the district court may vacate and reenter the judgment in Scott's criminal proceedings, allowing Scott to file a timely notice of appeal. *See id.*

VACATED and REMANDED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.